# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| PENN NATIONAL SECURITY INSURANCE, and PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY<br>Plaintiffs,<br><br>v.<br><br>EAST CAROLINA MASONRY, INC.<br>Defendant. | **DEFAULT JUDGMENT**<br><br>No. 4:19-CV-53-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 7, 2019, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. Plaintiffs have no obligation under the Policies to defend or indemnify defendant for any costs it, or anyone on its behalf, incurs in defending the Adversary Proceeding, and plaintiffs have no obligation under the Policies to indemnify defendant for any damages arising out of the allegations contained in the Adversary Proceeding.

**This Judgment Filed and Entered on October 7, 2019, and Copies To:**
David G. Harris, II / David L. Brown (via CM/ECF Notice of Electronic Filing)

October 7, 2019                    PETER A. MOORE, JR., CLERK

                                               /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk